IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHERMAN P. LOHR and JOYCE K. LOHR, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:07CV374 |
| CONSECO, INC., CONSECO LIFE INSURANCE COMPANY, CONSECO INSURANCE GROUP, CONSECO SERVICES, L.L.C., all in their individual corporate capacities and as successors-in-interest to Massachusetts General Life Insurance Company, RAYMOND E. BOSTIAN, and BOSTIAN RETIREMENT AND INVESTMENT SPECIALISTS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

BEATY, Chief District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand [Document #22] is GRANTED, and this matter is hereby REMANDED to the General Court of Justice, Superior Court Division, Davidson County, North Carolina.

IT IS FURTHER ORDERED that Plaintiffs' request for attorneys' fees and costs is DENIED.

This, the 17th day of December, 2008.

United States District Judge